WHITESTONE SAVINGS AND LOAN ASSOCIATION, Respondent, v. AUBREY MORING et al., Defendants, and DORIS FUTTERMAN, Appellant. (Action No. 1.) DORIS FUTTERMAN, Appellant, v. AUBREY C. MORING et al., Defendants, and WHITESTONE SAVINGS AND LOAN ASSOCIATION, Respondent. (Action No. 2.)

Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ. [See 1 A D 2d 681.]